# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1324

_____

United States of America,    *
              *
    Appellee,     *
              *  Appeal from the United States
  v.          *  District Court for the Eastern
              *  District of Missouri.
Earl Smith,        *
              *  [UNPUBLISHED]
    Appellant.    *

_____

Submitted: September 18, 2008
Filed: September 23, 2008

_____

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Earl Smith appeals the district court's[1] order denying his motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 706 to the United States Sentencing Guidelines, which reduced the base offense levels in U.S.S.G. § 2D1.1(c) for cocaine-base offenses.

Smith pleaded guilty to possessing with intent to distribute more than 50 grams of a mixture containing cocaine base, which subjected him to a mandatory minimum

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

sentence of 120 months in prison.  <u>See</u> 21 U.S.C. § 841(b)(1)(A); U.S.S.G. § 5G1.1(c)(2).  Accordingly, Smith is not entitled to a reduction under the retroactive amendment.  <u>See</u> <u>United States v. Jones</u>, 523 F.3d 881, 882 (8th Cir. 2008) (per curiam).  The district court's judgment is affirmed.  <u>See</u> 8th Cir. R. 47A(a).

_____